UNITED STATES DISTRICT COURT

DISTRICT OF OREGON        FILED 18 JAN '24 17:57 USDC-ORE

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:24-cr-00024-MC |
| v. | INDICTMENT |
| ELIZABETH WEST, | 18 U.S.C. § 875(c) |
| Defendant. | |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
**(Interstate Threatening Communication)**
**(18 U.S.C. § 875(c))**

On or about September 26, 2023, in the District of Oregon, defendant **ELIZABETH WEST**, knowingly and willfully transmitted in interstate and foreign commerce, a communication through Facebook, containing a threat to injure co-workers, with conscious disregard that the communication would be viewed as a true threat of violence.

In violation of Title 18, United States Code, Section 875(c).

Dated: January 18, 2024

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

ADAM E. DELPH
Assistant United States Attorney