AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**ORIGINAL**

FILED 19 JAN '24 11:25 USDC-ORE

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 6:24-mj-00006-MK |
| | ) | |
| ELIZABETH WEST | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **ELIZABETH WEST**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Interstate Threatening Communications, in violation of 18 U.S.C. § 875(c)

Date: January 12, 2024

*Issuing officer's signature*

City and state: Eugene, OR

Mustafa T. Kasubhai, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/12/24, and the person was arrested on *(date)* 1/12/24 at *(city and state)* Eugene, Oregon.

Date: 1/18/24

*Arresting officer's signature*

Damaris Gonzalez, Special Agent
*Printed name and title*