Kimberly-Claire E. Seymour, OSB No. 201588
Assistant Federal Public Defender
859 Willamette Street, Suite 200
Eugene, Oregon 97401
(541) 465-6937 Telephone
(541) 465-6975 Facsimile
Kimberly_Seymour@fd.org

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>ELIZABETH WEST,<br><br>       Defendant. | Case No. 6:24-cr-00024-MC<br><br>DEFENDANT'S SENTENCING MEMORANDUM<br><br>Sentencing: July 16, 2024 at 11:00 AM |

  Ms. West is scheduled to appear for sentencing for the offense of interstate threatening communication, in violation of 18 U.S.C § 875(c). Ms. West agrees that the advisory sentence under the sentencing Guidelines is 6–12 months' imprisonment. Ms. West has been in pretrial custody for 6 months and asks this Court to impose a sentence of time served, with intensive supervision to follow. A within-Guidelines sentence of time served is sufficient but not greater than necessary to further the goals of sentencing outlined in 18 U.S.C. § 3553(a).

Page 1 — DEFENDANT'S SENTENCING MEMORANDUM

In support of her sentencing recommendation, Ms. West relies on the details provided in her confidential supplement to presentence report, which she submits separately.

Respectfully submitted: July 10, 2024.

*s/Kimberly-Claire E. Seymour*
Kimberly-Claire E. Seymour
Assistant Federal Public Defender
