NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**ADAM E. DELPH, WSB# 50312**
Assistant United States Attorney
Adam.Delph@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:24-cr-00024-MC** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **ELIZABETH WEST,** | |
| **Defendant.** | |

**Introduction**

The defendant, Elizabeth West ("West"), threatened her entire workplace with gun violence in a public online posting. It was subsequently revealed that Ms. West harbored violent, racist desires for mass murder of minorities and that she had amassed a cache of weapons with thousands of rounds of ammunition. For these reasons, the Government requests the Court sentence Ms. West to 12 months and one day of confinement and three years of supervised release.

**Factual Background**

**1.  Facebook Threat**

The Presentence Report (PSR) accurately summarizes the underlying facts of this case.

On September 26, 2023, the FBI received information from an anonymous tipster regarding a

woman by the name of "Elizabeth West" who was threatening individuals at her place of work,

on a Facebook page.  The tipster indicated they provided the information as soon as they saw the

posting.  The posting included a photograph of two firearms:



During the course of the investigation, FBI worked with a confidential human source (CHS) who was a close associate of Ms. West. The CHS provided information to FBI about Ms. West's personal history. According to the CHS, Ms. West was arrested in 1993 for placing a shot gun in the mouth of her father and pulling the trigger, but the gun did not go off.

According to the CHS, while Ms. West was in a relationship with her boyfriend, they would attend Neo-Nazi rallies in an unknown location in Washington. Ms. West and her boyfriend would host members from the rallies at their residence. This was approximately nine years ago and the CHS was unaware of Ms. West attending any rallies since. Ms. West also told the CHS that last year, during Christmas, Ms. West had played "Russian Roulette" with herself.

### 2.    Interviews of West and Online Activity

Ms. West was interviewed by FBI special agents on September 28, 2023, and October 13, 2023, regarding the statements she posted online. During the first interview, Ms. West admitted to "projecting her suicidal thoughts" on the Facebook page titled "trans-women". The Facebook account was under the name "Elizabeth West", even though at the time of the interview Ms. West was legally named Wyona Wolf.

Ms. West told the interviewing agents she was lonely and felt suicidal in the past. She explained that she struggles with depression and had reached out to the White Bird Crisis line in Eugene in the past when she was feeling suicidal. Ms. West said her boyfriend passed away in 2017, and she struggled to find a partner since. Ms. West also recalled an experience with a recent partner. While at the partner's home, the partner snapped at Ms. West to clean up the grounds, and Ms. West responded, "I am not your nigger". Ms. West used this term with the agents when referring to individuals who are black.

**Government's Sentencing Memorandum**                                    **Page 3**

Ms. West explained she had a therapist, whom she saw about once a month, yet struggled to pay the co-pays for her therapy.  Ms. West offered that she has a primary care physician who was assisting her with the process of pursuing gender reassignment surgery and recently received notice that she had been approved for an initial consultation for gender reassignment surgery. Ms. West was very excited and had been working toward this for some time.

At the time of the aforementioned Facebook post that initiated this investigation, Ms. West explained she was upset because of an interaction she had with someone on Facebook. Ms. West had been communicating with a trans-woman who had moved from the UK to Oregon. This woman and her husband were building a cabin in the woods.  The woman was on Oregon Health Plan (OHP), even though she and her husband had money, because their income was unreported.  This woman told Ms. West about how she had gender reassignment surgery and didn't have to pay anything out-of-pocket for it.  This made Ms. West very upset, as she desperately wanted surgery but knew she would have to pay for it out-of-pocket.

At the time of the interview, Ms. West told the agents she was not suicidal, did not need additional resources outside of her therapist.  And did not have any plans to harm herself or anyone else.  Ms. West explained she used to have a large collection of firearms but sold most of them.  However, Ms. West still had about 13 or 14 firearms.

On October 13, 2023, SA Damara Gonzalez and SA Hunter Fikes called Ms. West on her cell phone to follow up on her first interview.  At that time, Ms. West stated she had been fired from her previous job and was taking time off to regroup.  Ms. West needed more time off for her mental health than her job was allowing, which created a lot of stress for her.  Even though she was working, she explained that she was not making enough money to access her mental

health counseling.  Now that she was unemployed, Ms. West believed she could reinstate her OHP and continue focusing on her mental wellness.

Ms. West told the agents her earliest suicidal ideation was in 2016, and that she has since researched ways to kill herself.  One video that caught Ms. West's attention was that of a monk setting himself on fire.  Ms. West believed that it looked peaceful, and it was how she envisioned herself committing suicide.  Since she has left her job, she no longer felt suicidal, although the ideations came and went.  She said she had been hospitalized on three different occasions; each time was after an altercation.  During her hospital stays she was diagnosed with bipolar disorder, dissociative disorder and PTSD.

Ms. West told the agents that her suicidal ideations come after poor engagements with individuals.  Ms. West believed that being back on OHP would allow her to establish a plan with a therapist to address these feelings.  Ms. West again stated she did not have plans to hurt herself or others and that she had not researched active shooters.

Ms. West explained she still had access to firearms, although they were of more interest to her in her "boy days".  Now that she is in her "girl days" she does not need the firearms.  However, Ms. West did not want to give the firearms to the sheriff's office, because she lived in a rural area and may need the protection.

Ms. West told the Agents that in 1990 she was assaulted by three black males, and it was this personal attack that set off a "personal prejudice" in Ms. West against black people.  Ms. West also felt that black customer service agents mis-gender her intentionally.  Ms. West's boyfriend, who died in 2017, had a Nazi flag.  After his death she found the flag and kept it.  Ms. West had not sent images of herself with the Nazi flag to anyone.  Ms. West had mixed feelings about Nazi sentiments.  She was juxtaposed on the climate in Israel; Ms. West felt Jewish people

**Government's Sentencing Memorandum**                                    **Page 5**

treat Palestinians in the same manner as the Nazis treated the Jews.  Ms. West was also angry

that immigrants come to the United States and receive welfare and food stamps on her tax

dollars, yet she is unable to access the same benefits.  The agents informed Ms. West that it is her

constitutional right to engage in the freedom of speech, but she cannot advocate for violence

against individuals.

### 3. Racist and Violent Online Postings

On November 27, 2023, the FBI became aware that Ms. West had established a social

media account on the "X" platform (formerly known as "Twitter"), under the user handle

"Elizabeth West", and her profile picture was a Nazi flag and a bio stating she was an older

woman trying to find her way.  Ms. West had two followers and was following 13 accounts.

From November 27 through December 15, 2023, agents frequented Ms. West's page as it

was available to the public.  Agents observed that Ms. West posted and reposted multiple

memes, videos and statements that contained violence toward black and Jewish people and

immigrants, images of weapons owned, idolizing of Hitler and the Nazi flag, and a live-streamed

video of the Christchurch Mosque shooting in New Zealand.  During this time frame, Ms. West

changed her profile bio to the following: "A Nazi dominatrix from Hell, who is tired of the

blackening of America and Europe and ready to stand up to the Black orcs and the Jewish

Wizards".

On November 24, 2023, Ms. West posted the below image and comment "bring it on

blackie".  The image depicted one handgun, one shotgun and an AR-style assault rifle.



On November 30, 2023, Ms. West posted an image of George S. Patton with the caption "We defeated the wrong enemy". An unknown person comments "America did not fight the wrong people. The N*zis were some of the worst people to ever live". Ms. West replied to this comment stating: "We were the only ones at the time to stand up to the Jew and the mongrels and fight for an Aryan homeland and an Aryan world".

On December 2, 2023, Ms. West posted another image of two handguns on a blanket with the comment: "I actually have two favorites that I switch around regularly, one is a G 20 in 10 mm and the other is a G41 N 45 auto [smiley winky face emoji]".



On December 3, 2023, Ms. West reposted the live-stream footage from the Christchurch Mosque Shootings in New Zealand[1]. The comment from the original poster stated, "and it'll stop one way or another". Ms. West also posted multiple screenshots from the live-stream footage.



---

[1] On March 15, 2019, Brenton Tarrant entered two mosques during Friday prayer and live-streamed a far-right terror attack of 91 people. The attack was linked to an increase in white supremacy and alt-right extremism globally. The shooting has inspired many copycat killings, dubbed the "Tarrant effect". The guns and magazines used were covered in white writing naming historical events, people, and motifs related to historical conflicts, wars and battles between Muslims and European Christians. The slogans contained the names of other far-right attackers and white supremacist slogans such as the anti-Muslim phrase "Remove Kebab".

**Government's Sentencing Memorandum**                                          **Page 8**



On December 5, 2023, Ms. West uploaded a picture depicting a shotgun, an assault rifle, two handguns and an AK-47 with a white and green camouflaged body. The comment on the picture stated "don't forget white women".



On December 7, 2023, Ms. West posted a picture of a Nazi flag with the comment "Your time will come (smiley face emoji)". An unknown user responds to Ms. West post stating "That I agree with, and soon".



On December 7, 2023, Ms. West posted multiple concerning posts and engaged in violent rhetoric toward individuals who she referred to as Jewish. Ms. West posted: " I never leave my house unarmed I carry a Glock in my purse and a shotgun in my car". Ms. West later engaged in the following conversation with an unknown person who she referred to as Jewish and referenced the individual's eventual extermination:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Government's Sentencing Memorandum**                    **Page 10**



On December 15, 2023, Ms. West posted a video clip of news footage of an alleged hate crime that occurred in Los Angles against a bi-racial couple in August 2020. The video is a compilation of multiple videos all pertaining to Nazi rhetoric. Ms. West then posted an image of a Nazi Flag with the comment: "Merry Christmas everyone and may all your Christmas wishes be white".

From December 25 through December 28, 2023, Ms. West posted images with comments on her X page (depicted below) engaging in violent rhetoric about killing black people. It appears Ms. West changed around the first letters of the comments to avoid having the content removed from X.



/ / /

/ / /

/ / /

/ / /

/ / /



On December 29, 2023, SA Hunter Fikes received an email from NCIC alerting him to the application for a "long gun"[2] by Ms. West. On December 29, 2023, Ms. West made the following post to her X account:



---

[2] A "long gun" is a general description for a category of firearms with long barrels, such as a rifle.

4.    **January 2023 Interview with West**

On January 3, 2023, Ms. West left a voicemail for SA Damara Gonzalez, returning a phone call, and requested to meet SA Damara Gonzalez for an interview. Ms. West confirmed her X account; she acknowledged that she hates Jews, African Americans, and immigrants. Ms. West acknowledged that her X page was full of hateful and violent rhetoric that she consumes and posts daily. Ms. West indicated she had multiple shotguns and AR-15s at her residence that she keeps in a safe. Ms. West also indicated she was very familiar with the weapons and used to go to a shooting range. She scaled back on shooting when ammunition became too expensive. Ms. West told the agents she had not purchased a new weapon in approximately ten years.

Ms. West also said she has revolvers; she recently gave those to her neighbors for safe keeping. Last Christmas (2022), Ms. West explained, she placed a bullet in the revolvers and played Russian roulette with herself. She admitted to being in a dissociative state at the time she did this. Ms. West explained that she suffers from bio-polar disorder and dissociative personality disorder. As a result, Ms. West explained, she is currently on medication, although she feels the medication eventually stops working.

Ms. West declined the agents' offer to remove her weapons and keep them at the sheriff's office. Ms. West stated the weapons were her lifeline and "money in the bank". If she needed to sell them, she would like to access them. Ms. West also explained she had previously sold firearms to the local Cabela's.

Ms. West stated that she was currently working at a new job, which she felt was safer than the last, because there were no black people or Mexicans. Her gender was also recognized at this new place of employment. Ms. West was seeking medical attention from a psychiatrist and a counselor but could only afford this because she was still receiving OHP. Once she

**Government's Sentencing Memorandum**                                    **Page 15**

received the pay from her job, she would no longer be able to afford her mental health providers. Ms. West was also a part of several support groups. However, with this new job she would not be able to attend the support groups as she would have to work. Ms. West wanted to stay at this job for a year in order to apply for disability.

At the last job Ms. West had, she was making too much money to receive Oregon health benefits, so she could not afford her mental health treatment and had lost touch with her support groups. This caused her to go into mental distress. Her job did not provide her with enough time off to address her mental distress. Ms. West believed this treatment forced her into feeling suicidal and homicidal. Ms. West told the agents at the time she wrote the Facebook post (the one that initiated this investigation) she was in another dissociative state. Quitting the job and receiving her mental health treatment provided her relief.

Ms. West explained that her psychiatrist wanted her to check into a hospital for an extended stay. Ms. West felt that she could not leave her animals behind, and she had just started a new job. If she left, she did not know if they would be legally required to keep her on the job. Ms. West told the agents she would consent to allowing the agents to speak to her mental health providers, in order to ensure she was receiving the best care.

Ms. West explained that she used a journal to keep track of her feelings and wrote to vent. She referred to her journal as a "black shadow book". Agents asked Ms. West if she ever journaled about keeping plans on who she would shoot or how she would engage in an act of targeted violence, and she coldly stated "no".

## 5. Search of West's Residence and Facebook Account

On January 9, 2024, FBI agents executed a search warrant of the person, vehicle, and residence belonging to Ms. West. SA Damara Gonzalez and SA Hunter Fikes met Ms. West at

**Government's Sentencing Memorandum**                                    **Page 16**

her place of employment and informed West of the search warrant.  FBI agents recovered a single pistol from her vehicle.  Ms. West informed the agents that she had an appointment at her mental health provider and was released in time for her to make her appointment.  Ms. West requested agents follow her to the appointment for her own safety.

Upon searching Ms. West's residence, the same day, agents seized approximately 11 handguns and 16 rifles[3], tens of thousands of rounds of ammunition, firearm accessories, a black book that matched the description of Ms. West's "black shadow" journal, 48 drawings, and a black and white composition notebook containing notes made by Ms. West.  Agents did not locate any revolvers at Ms. West's residence.  Ms. West's neighbors were contacted by the Cottage Grove Police Department and stated they never held any weapons for Ms. West (as Ms. West had described to agents in an earlier interview).  To date, law enforcement still does not know the location of these two revolvers.

SA Gonzalez subsequently reviewed Ms. West's journal.  The journal contained writings from 2008-2016.  The first page of the journal stated the following: "Blood, death, self torture self hatred wicked thoughts of mass murder at the gloved hands of the veil mistress".  The journal depicts dreams of Ms. West turning into a black boy who is then hit by a car and dies.  Ms. West also journals about her PTSD, anxiety, and dissociative disorder.

Within Ms. West's residence was also a black and white composition notebook.  There were multiple notes in this book highlighting Ms. West's struggle with employment.  She journals about her beliefs of being harassed and lists those who have harassed her.  On one page, there are images of three rifles colored in ink and drawings of what appear to be hallways. (*See*

---

[3] Two of the firearms seized during the search warrant appear to match the firearms depicted in Ms. West's original Facebook post, referenced previously in this affidavit.

**Government's Sentencing Memorandum**                                                    **Page 17**

Attachment 1).  On the previous page, Ms. West apparently references a prior issue she had at another workplace.  She notes that she may be up against multiple witnesses, and that she needs to "STICK to [HER] STORY NO MATTER WHAT! Establish mental distress and not willful misconduct-" (*See* Attachment 1).

SA Gonzalez also located approximately 48 hand-drawings of what appear to depict Ms. West's "Veil Mistress" in various violent and disturbing settings.  The illustrations depict a woman, often dressed in attire typically associated with a superhero, wielding a sword, stabbing, hanging, mutilating, torturing, and killing men, most of whom she refers to as "niggers".[4]  These illustrations largely contain dialogue in word bubbles.  Multiple illustrations depict and communicate (in writing) the Veil Mistress' sexual arousal by and through brutal methods of death and torture of "niggers" and other victims, at her hands or the hands of those who are fulfilling her desires.  One image is titled "That's Ms. Wolf to you! The Man Slayer- Queen of the under world", depicting the Veil Mistress standing on top of a pile of mutilated, dead bodies. (Attachment 2).

Subsequent to her arrest, FBI also executed an authorized warrant for Ms. West's Facebook account.  Of note, Ms. West authored the following comments or messages on Facebook, leading up to her public threat:

- "My life is so fucked I tried suicide last Christmas played Russian rulett" (May 3, 2023)
- "This is an old post but okay I'm totally nocturnal I live alone in an old house in the country I do odd jobs but mainly I'm a death dealer." (June 2, 2023)
- "Like I said on your post, my dream is to become a real vampire a death dealer in particular I have the sleek black outfits and a cache of firearms. I just want the opportunity to prove myself" (July 11, 2023)
- "In the mood to cause murder and mayhem, trying to control myself [smiley winky face

---

[4] But for Attachment 2, the government elects not to provide these illustrations as attachments to this filing, due to their obscene and gratuitous nature.  However, they will be made available to the Court upon request.

**Government's Sentencing Memorandum**                                                    **Page 18**

emoji]" (August 31, 2023)

- "Demons have walked with me all my life and for years I've been in a dark place, but truth is on the horizon and they're leading me to my destiny, and what eventually must do" (September 17, 2023)

On January 11, 2024, SA Damara Gonzalez and SA Hunter Fikes interviewed the mental health worker assigned to work with Ms. West. In the conversation, the agents were informed that Ms. West signed a release of information for her mental health worker to communicate with the agents. According to her provider, Ms. West had made a plan to check herself into a hospital in December 2023. However, Ms. West's plan to care for her animals while she was going to be in the hospital fell through, and she did not check herself into the hospital. The mental health worker informed the agents that if Ms. West stopped receiving mental health treatment or had access to weapons, they felt she would be a danger to herself and others.

### Guideline Computations

The following computation represents Ms. West's sentencing guidelines, based on her offense conduct:

| Enhancement | Government's Position |
|---|---|
| Base—U.S.S.G. § 2D1.1(c)(2) | 12 |
| Acceptance of Responsibility | -2 |
| **Total Offense Level** | 10 |

Ms. West falls into Criminal History Category I, rendering a guideline range of 6-12 months' imprisonment. In accordance with the plea agreement, the Government recommends a sentence of 12 months and one day of confinement.

### Argument

Ms. West threatened to shoot individuals in her workplace with semiautomatic weapons. Anyone from her office viewing this posting would have been rightfully afraid for their life.

Her Facebook post stated: "I've been preparing for this moment a long time…", which is corroborated by Ms. West's own journal entries and drawings, representing gratuitous and graphic fantasies of violent acts committed against minorities.  Furthermore, Ms. West's desire to act out in violence is corroborated by her own Facebook comments in the months and weeks leading up to her Facebook threat.

And even after she made this Facebook threat, Ms. West continued and elevated her hateful speech.  Her Facebook threat did not represent a successful attempt to blow off steam or to merely exorcise feelings of anger from her system.  Her subsequent racist and violent online posts indicated a willingness to elevate her original threat of violence outwards, beyond her initial targets, towards specific minority groups.  Ms. West had amassed a cache of weapons and ammunition that were recovered after she made all of her hateful and threatening posts.  Her violent behavior did not abate.  It only grew stronger.

Certainly, Ms. West's own record and admissions leave little doubt that she needs serious mental health treatment.  There is evidence that she has reached out in the past, but there is also evidence in her journal of using her mental health diagnoses as a mask to thwart culpability for "willful misconduct". (*See* Attachment 1).  Ms. West fell short of even being willing to engage in inpatient treatment, when she knew that her mental issues were manifesting in violent fantasies of "mass murder".

We later learned that not only did Ms. West have the means to carry out a mass shooting, but that she had been fantasizing and preparing for such an event for "a long time".  And there were no signs of that desire abating.  Ms. West is a serious danger to the community, and she needs to be held accountable.

**Government's Sentencing Memorandum**                                   **Page 20**

**Conclusion**

Based on the foregoing, the Government recommends that this Court impose a sentence of 12 months and one day of confinement and three years of supervised release.

Dated:  July 10, 2024

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

s/ *Adam E. Delph*
ADAM E. DELPH
Assistant United States Attorney